Central Illinois Public Service Company, Petitioner-Appellant, v. Ross S. Montgomery, et al., United States of America, Acting Through the Farmer's Home Administration, United States Department of Agriculture, Southern Illinois Power Co-operative, Lee Norris, et al., The Federal Land Bank of St. Louis, Eugene Stone, et al., and Southeastern Illinois Electric Co-operative, Inc., Defendants-Appellees, and United States of America, Intervener-Appellee.

Gen. No. 66–93.

Fifth District.

April 3, 1967.

Fowler & Novick, of Marion, and Nafziger & Otten, of Springfield, for appellant; R. W. Harris of Harris, Holbrook & Lambert, of Marion, and Charles D. Winters of Winters & Morgan, of Marion, for appellees. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.